

Jardin                                                      10cv2552-IEG(WVG)

-v-

Datallegro, et al

# DOCUMENT ORDERED STRICKEN - FILED IN ERROR

## 43 -Order Following In Camera Review

## 43